near   Paradise Valley, AZ

Sign in   Owners   Help

# PCIHIPAA.com - HIPAA Compliance   Claim

2.3   15 reviews   Write review   TrustScore®   ☐ High

id: 29612088

7349 N Via Paseo Del Sur #515
Paradise Valley, AZ 85253

(800) 871-7640

Incorrect info? Correct your listing

View larger map

Map  Report a map error

**Business Links:**   Website

**Main categories:**
Computer Data Recovery & Duplication Services

**Related categories:**
Business to Business , Business Services , Computer Data Base Service , Computer & Data Services



Owners, Claim Your Business   Learn More

**HOLIDAY SALE!!!:**
**15% OFF all yearly plans**
Use **year15** at checkout. Expires 3/1/2019

210 Amazon.com customer

Land Better Jobs Faster

Search Financial Consultant Jobs On LinkedIn. Find Your Dream Job Today.

## Reviews

|  |  |
|---|---|
| ★★★★★ | ( 5 ) |
| ★★★★ | ( 0 ) |
| ★★★ | ( 0 ) |
| ★★ | ( 0 ) |
| ★ | ( 10 ) |

**Best**

★★★★★ **MGDentalPC**

Dear Maria, I am writing to thank you for the quality of service provided by your company. We sincerely appreciate your efficient, gracious customer service, the level of detail an...

**Worst**

★ **Another scam call - thank god this scam has been reported all over the internet.**

They called our medical office, sounding serious. Fortunately, word had already spread of this stupid scam. We told them never to call again. These are just evil, depraved people ...

Judy's Book (15)   Other sources (0)   Write review



judy's book

**Get Found Online!**

Enter a Business Name and Zip Code

Check my Visibility!



### Another scam call - thank god this scam has been reported all over the internet. 12/11/2018

★ Guest

They called our medical office, sounding serious. Fortunately, word had already spread of this stupid scam. We told them never to call again. These are just evil, depraved people trying to get your payment info! Any positive reviews are from this group itself. more

Reply | Report abuse |

**SCAM** 12/11/2018
Guest

THIS WAS A FRAUD AND AN OUT AND OUT LIE. WHEN THE REP CALLED HE SAID HE WAS FROM HIPAA COMPLIANCE. I ASKED OUTRIGHT IF THIS WAS A SALES CALL AND HE LIED. HE THEN GOT THE DR ON THE PHONE AND USED SCARE TACTICS TO TRY TO GET HER TO SIGN UP. NEVER USE OR GIVE THIS COMPANY ANY INFORMATION. THEY WILL TRY TO STRONGHOLD YOU INTO SIGNING UP. more

Reply | Report abuse |

**MGDentalPC** 12/3/2018
Guest

Dear Maria,I am writing to thank you for the quality of service provided by your company. We sincerely appreciate your efficient, gracious customer service, the level of detail and accountability you have demonstrated on each project, and the way you conduct business as a whole. We have, and will continue to, recommend your service to other companies and contacts. Our team could not be more satisfied with your work, and we look forward to continuing this relationship All the best, Olga. more

Reply | Report abuse |

**Scare Tactics Scam** 10/17/2018
 Guest

You could easily see through the sales rep's scare tactics. They were incredibly pushy and uninformed. We do take HIPAA compliance serious in our offices, but it's never a good sign when the customer knows more about the product than those providing the service. My guess is that this is a call center and those making the calls are poorly trained. more

Reply | Report abuse |

**scam/deceptive marketing** 10/11/2018
Guest

Got the usual phone call that everyone is talking about and was told that the it was a mandatory assessment. They insist on doing it right then and there. Also HIPAA is a government entity. The government does not initiate contact by phone. They will always do it in writing. more

Reply | Report abuse |

**They are a SCAM** 9/26/2018
Guest

They call your business pretending to be from HIPAA and demand a audit of your PCI interface. Then they try to push sell you into their products. Big SCAM. more

Reply | Report abuse |

**BS - SCAM** 9/20/2018
Guest

Just got a call and they wanted us to do their free assessment, told me that it was normally $400 - $600 dollars but they would cover it. That right there was my indication it was a sales attempt. If you are in small business you know - nothing is free. She pointed me to their website were they wanted me to put my info in but I hesitated and asked them how do I know this is real. She told me how at the bottom of the page they have all their A+ ratings etc. Sure.. sure... but I can make a website too... I can see it already, we fail their assessment then they offer a way to fix it... more

Reply | Report abuse |

**Misleading and Deceptive Marketing** 9/18/2018
Guest

Boiler room marketing calls using a script. They don't know what they are selling and use high-pressure tactics trying to frighten customers. They are making false claims about regulations and providing results that won't stand up to a Government audit. A waste of time and money! more

Reply | Report abuse |

#### They helped me so much. Theses guy care 8/24/2018
★★★★★  Guest

They did call my office and offer us a risk assessment. We decided to take it and we scored a 43. The person that walked us through the program was Bill. Bill was very smart and easy to understand. I decided to use the service and they have kept all their promises so far and I do recommend them. The customer service is also very nice. We had training by Nicole and she was very nice and patient with us. It's only been 3 months but I am very happy we decided to work with them. more

Reply | Report abuse |

#### Great Company! 8/21/2018
★★★★★  Guest

They called our office as well about the annual assessment. We did our research and did realize that in fact it is a requirement for all covered entities. Healthcare providers of course being a coveted entity, we are required to take one yearly. They walked us through one for free and even reviewed it with us and provided us the report. In return they asked to share their program with us so we agreed. Their program for compliance is fantastic. There were so many things we were completely unaware of and they educated us on what the doctor is liable for. After analyzing the company and doing further research we decided that working with them was the right move. We have been working with them for over 6 months and they have provided us all of the services without a doubt. They have simplified compliance for us and have done the majority of the work. We are protected by one of the best compliance programs there are right now. Highly recommend! more

Reply | Report abuse |

#### Liars, Unethical marketing practices 5/14/2018
★☆☆☆☆  Guest

PCIHIPAA called our office with a "mandatory assessment" to verify that we are HIPAA compliant. I asked if this is required federally and he replied that it was. After completing the "assessment" he said that he would send something in the mail. The following week he called and spoke with a co-worker to confirm a phone appointment that he was claiming I arranged. He convinced her to set aside time on the schedule for it. Then he called again to confirm on the day of the "appointment" but spoke with me this time. Again I asked if this was a requirement and he replied that it was. While he was still on the phone I spoke with the doctor/owner about it and he got on the phone as it sounded sketchy. He hung up after a couple of minutes and told me that they are a company trying to manage HIPAA compliance in our office and are not affiliated with any federal organization. Marcus called back a few minutes later claiming his phone call with the doctor was "cut off". I explained that the doctor is not interested in their services. He replied that he was just speaking with the doctor and then, "could you please just get him back on the phone"? I told him no I wouldn't and that I didn't appreciate their deceptive marketing. I explained that his co-worker told me that it was a requirement that I complete a HIPAA compliance assessment with PCIHIPAA. He replied that HIPAA compliance IS mandatory. When I told him that I realize HIPAA compliance is mandatory and that our office is diligent about HIPAA compliance he became defensive and even more rude and quickly got off the phone. I would never give my business to such an unethical and deceitful company. more

Reply  | Report abuse |

#### Close to a Scam 11/3/2017
★☆☆☆☆  Guest

Yep got one of these calls... No HIPAA (ie. government) is not mandating this survey. All the government requires is you obey and follow the HIPAA rules. PCI is for a business that takes credit cards. The two HIPAA and PCI are distinct and separate. This was nothing more than a scare tactic and a high-pressure sales attempt. They want you to spend thousands on their services but use this survey in an attempt to scare you into signing up for their services. Shame on them... and their real company name is "Data Momma LLC"... not a real professional entity... more

Reply | Report abuse |

#### Great program 5/19/2017
★★★★★  Guest

After reading the previous review I understand where he is coming from but he must have misunderstood the call. They clearly stated they were calling from PCIHIPAA for the mandatory hipaa risk assessment. They explain that it is mandated by hhs which is true, they help satisfy the requirement. We reviewed the assessment and went over what we had to correct. Speaking with their representative helped us understand the importance of being compliant and opened our eyes to requirements we did not know we had. We now work with the company and they have been nothing but helpful. Their staff is very nice and caring and we are now truly confident in our compliance. more

Reply | Report abuse |

#### Misleading Company 3/23/2017

 Guest

Received phone call telling me it was mandatory I complete a 10 minute survey per HIPPA. After doing so and receiving an email from Josh, I realized this was a consulting company. When I called to confront why I was told this was mandatory, he explained this was how they introduce their company. Hey, HIPAA how about being upfront and honest with your clients you may get some!! Misleading company, if they aren't honest about who they are what else are they not honest about? more

Reply | Report abuse |

#### Get HIPAA Compliant 6/2/2010

River C.

Is your medical practice hipaa compliant? Protect your patients' payment information with services and information from PCIHIPAA.com. Get PCI HIPAA compliant today! more

Reply | Report abuse |

< Previous **1** Next >

**ABOUT**
Help
About Us
Blog
Privacy Policy - Terms of Use

**OUR SERVICES**
Business Owners
Learning Center
Partners & Publishers
Advertise with us
Negotiated Perks
KidScore™

**MY ACCOUNT**
Sign In
Write A Review



From family friendly trips with kid friendly activities to local plumbers lawyers, spas, and contractors. Judy's Book has millions of listings and reviews for the best and not so great. Whether you're looking for a specific business or just trying to discover great places we make it easy. We're a family oriented site focusing on bringing trusted reviews and recommendations to moms and others. Green and Sustainable places are becoming more relevant to Judy's Book users, have a favorite place? Write a review and tell users why it's Green!

**EXPLORE BY CATEGORY**

Automotive
    Car Dealers
    Towing
    Mechanics
Business to Business
    Manufacturing
    Business Services
Civic & Community
    Libraries
Education & Instruction
    Elementary Schools
    Colleges & Universities
Entertainment & Arts
    Museums & Galleries
Food & Dining
    Coffee Shops
    Bakeries
    Restaurants
Health & Medical
    Chiropractors
    Dentists
    Veterinarians

Other Professional Services
Animals & Pets
Legal & Financial
    Lawyers, Law Firms & Attorneys
    Mortgages & Loans
Home & Garden
    Electricians
    Plumbers
    Windows & Doors
Personal Care
    Salons
    Spas
    Massage
Real Estate
Retail Shopping
    Apparel
Sports & Recreation
Travel & Transportation
    Hotels & Lodging
    Movers
More...

**ALL LOCATIONS**

Atlanta, GA Reviews
Austin, TX Reviews
Boston, MA Reviews
Chicago, IL Reviews
Cincinnati, OH Reviews
Dallas, TX Reviews
Houston, TX Reviews
Los Angeles, CA Reviews
Minneapolis, MN Reviews
New York, NY Reviews
Philadelphia, PA Reviews
San Francisco, CA Reviews
Seattle, WA Reviews
More...