UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19−cv−02565−CBM−AFM | Date | 4/10/2019 |
| Title | COMPLIANCY GROUP, LLC V. DATA MOMMA, LLC | | |

| Present: | The Honorable | CONSUELO B. MARSHALL, U. S. DISTRICT JUDGE |
|---|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk (213)894-5288 | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER SETTING SCHEDULING CONFERENCE**

   On the Court's own motion, this case is set for a Scheduling Conference on **July 23, 2019 at 10:00 AM.** pursuant to FRCP 16(b). Counsel are reminded of their obligations to disclose information and confer on a discovery plan no later than 21 days prior to the Scheduling Conference. Counsel shall file a Rule 26(f) discovery plan no later than **7 days prior** to the Scheduling Conference and pursuant to the Court's Standing Order. The Rule 26(f) discovery plan shall contain the following information:

1.   A brief description of the nature of the case and type of action filed and the date filed in the District Court;

2.   The number of depositions to be taken by each side and the date the depositions are set;

3.   The written discovery sought and date responses to interrogatories requests for production and requests for admissions are due;

4.   Proposed timing of disclosures under Fed. R. Civ. Proc. 26(a)(2) re: experts witnesses, the number of experts expected to be called by each side, and the expert's area of expertise;

5.   Proposed Pre Trial Conference date;

6.   Date Demand for Jury Trial was filed;

7.   Prospects of Settlement;

8.   Positions of counsel re: consent to proceed before a Magistrate-Judge;

9.   A list of contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.

10.   Selection of one of the three ADR Procedures specified in L.R. 16-15.4 as best suited to the circumstances of the case, and when the ADR session should occur.

**A FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS. COUNSEL ARE REMINDED TO DELIVER ALL E-FILED MANDATORY COPIES.**

Initials of Deputy Clerk:yr