Nicholas Ranallo, Attorney at Law (SBN 275016)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Plaintiff

Willmore F. Holbrow, III (SBN: 169688)
Matthew Lawrence Seror (SBN: 235043)
BUCHALTER, APC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700
Attorneys for Defendant

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Compliancy Group, LLC | Case No. 2:19-cv-02565-CBM-AFM |
|      Plaintiff, | **Stipulation For Leave to File First Amended Complaint** |
| v. | |
| Data Momma, LLC | |
|      Defendant | |

## STIPULATION

Plaintiff Compliancy Group, LLC ("Plaintiff") and Defendant Data Momma, LLC ("Defendant") hereby jointly agree and stipulate as follows:

WHEREAS Plaintiff filed its original complaint in this matter on January 2, 2019, in the Southern District of New York seeking relief under federal and New York state law; and

WHEREAS this matter was later transferred to this Court upon Defendant's motion, and

WHEREAS Plaintiff seeks to file a First Amended Complaint adding causes of action under California state law,

WHEREAS a copy of the Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A; and

1

WHEREAS a rough markup showing the changes and additions from the original complaint is attached hereto as Exhibit B,

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file their First Amended Complaint, a copy of which is annexed hereto as Exhibit A.

2. Defendant's responsive pleading shall be due thirty days (30) after the First Amended Complaint is filed.

DATED: December 16, 2019          NICHOLAS RANALLO, ATTORNEY AT LAW




By:  ___/s/ Nicholas Ranallo_____
     Nicholas Ranallo (Cal Bar # 275016)
     5058 57th Ave. S.
     Seattle, WA 98118
     Phone: (831) 607-9229
     Fax: (831) 533-5073
     nick@ranallolawoffice.com
     Attorney for Plaintiff



DATED: December 16, 2019          BUCHALTER, APC




By:  ___/s/Willmore F. Holbrow, III_____
     Willmore F. Holbrow, III
     1000 Wilshire Boulevard, Suite 1500
     Los Angeles, CA 90017
     Phone: (213) 891-0700
     wholbrow@buchalter.com
     Attorney for Defendant