Nicholas Ranallo, Attorney at Law (SBN 275016)
5058 57th Ave. S.
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Plaintiff

Willmore F. Holbrow, III (SBN: 169688)
Matthew Lawrence Seror (SBN: 235043)
BUCHALTER, APC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017
(213) 891-0700
Attorneys for Defendant

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Compliancy Group, LLC<br><br>    Plaintiff,<br><br>v.<br><br>Data Momma, LLC<br><br>    Defendant | Case No. 2:19-cv-02565-CBM-AFMx<br><br>**Order Plaintiff to File First Amended Complaint**<br>[46] |

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Compliancy Group, LLC is granted leave to file the First Amended Complaint, a copy of which is attached to the stipulation as Exhibit A.

IT IS FURTHER ORDERED that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

IT IS SO ORDERED this 17TH day of December, 2019.

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE