1  Willmore F. Holbrow III (Cal Bar No. 169688)
Matthew L. Seror (Cal Bar No. 235043)
2  BUCHALTER, APC
1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA  90017-1730
4  Telephone: 213.891.0700
Fax: 213.896.0400
5  Email:  wholbrow@buchalter.com

6

7  Attorney for Defendant Data Momma, LLC

8          UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12  Compliancy Group, LLC

13       Plaintiff,

14  v.

15  Data Momma, LLC

16

17       Defendant.

18  Data Momma, LLC

19

20       Counterclaimant,

21  v.

22  Compliancy Group, LLC

23

24       Counterdefendant.

25

26

27

28

Case No. 2:19-cv-02565-CBM-AFMx

**ORDER ON STIPULATION TO
CONTINUE SETTLEMENT
CONFERENCE AND DISCOVERY
COMPLETION DATES  [52]**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 39385620v1

Having reviewed and considered the stipulation of the parties to continue the settlement conference completion date and the dates by which discovery must be completed, and for good cause shown, the Court continues the deadlines previously set in this matter as follows:

| Event | Original Date | Proposed New Date |
|---|---|---|
| Settlement Conference Completion Date | February 28, 2020 | April 6, 2020 |
| Fact Discovery Cut-Off: | April 15, 2020 | June 1, 2020 |
| Initial Expert Disclosure Deadline | May 15, 2020 | June 15, 2020 |
| Rebuttal Expert Disclosure Deadline | June 15, 2020 | July 3, 2020 |
| Expert Discovery Cut-Off: | June 30, 2020 | July 15, 2020 |
| Last Day to Hear Motions* | August 18, 2020 | August 18, 2020 |
| Pretrial Conference* | October 13, 2020 | October 13, 2020 |
| Trial* | November 10, 2020 | November 10, 2020 |

*These dates remain unchanged.

**IT IS SO ORDERED**

Dated: February 21, 2020



The Honorable Consuelo B. Marshall
United States District Judge