Nicholas Ranallo, Attorney at Law
Cal Bar No. 275016
5058 57th Ave. South
Seattle, WA 98118
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email:    nick@ranallolawoffice.com
Attorney for Plaintiff Compliancy Group, LLC

Willmore F. Holbrow III (Cal Bar No. 169688)
Matthew L. Seror (Cal Bar No. 235043)
BUCHALTER, APC
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  wholbrow@buchalter.com
Attorneys for Defendant Data Momma, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Compliancy Group, LLC<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>Data Momma, LLC<br><br>    Defendant - Counterclaimant. | Case No. 2:19-cv-02565-CBM-AFM<br>Hon. Judge Consuelo B. Marshall<br><br>**ORDER DISMISSING COMPLAINT AND COUNTERCLAIM WITH PREJUDICE  [JS6]** |

## **ORDER**

This matter came before the Court on Stipulation filed by the parties: Compliancy Group, LLC and Data Momma, LLC.  In view of the Stipulation, the Court hereby **DISMISSES** the Complaint and Counterclaim, with prejudice.  The parties shall each bear their own costs and attorneys fees.

Dated: JUNE 2, 2020



Hon. Judge Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE